# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 2:21-cv-03166 |
| § | |
| vs. § | PATENT CASE |
| § | |
| WIRELESS LINKS, INC., § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Social Positioning Input Systems, LLC, LLC ("Plaintiff") hereby dismisses the Complaint in the within action without prejudice.

March 5, 2021

*/s/ Mark A Kriegel*
Mark A Kriegel
1479 PENNINGTON ROAD
EWING, NJ 08618
609-883-5133
Email: mkriegel@kriegellaw.com

*Attorneys for Social Positioning Input Systems, LLC*